IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAN MCCOMMIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:15-cv-00098 |
| | § | |
| GC SERVICES LP, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

DAN MCCOMMIS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES LP., (Defendant), in this case.

RESPECTFULLY SUBMITTED,

Dated: May 8, 2015    By: /s/ Ryan Lee
　　　　　　　　　　　　　Ryan Lee
　　　　　　　　　　　　　Krohn & Moss, Ltd.
　　　　　　　　　　　　　10474 Santa Monica Blvd., Suite 405
　　　　　　　　　　　　　Los Angeles, CA 90025
　　　　　　　　　　　　　Tel: 323-988-2400 x241
　　　　　　　　　　　　　Fax: 866-861-1390
　　　　　　　　　　　　　rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Ryan Lee, Esq.
      Ryan Lee, Esq