UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dan McCommis, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-15-98 |
| GC Services LP, | § § § | |
| Defendants. | § | |

ORDER

Pursuant to the Notice of Voluntary Dismissal filed on May 8, 2015, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

The Clerk shall send a true copy to all counsel of record.

Signed this _12_ day of May, 2015.

DAVID HITTNER
United States District Judge